■ In the Matter of ILENE L. FLAUM et al., Individually and as Coexecutrices and Cotrustees of BERNARD P. BIRNBAUM, Deceased. ILENE L. FLAUM et al., as Temporary Coadministrators and Trustees of the Estate of BERNARD P. BIRNBAUM, Deceased, Appellants, v SAUL I. BIRNBAUM, Individually and as Coexecutor and Cotrustee of BERNARD P. BIRNBAUM, Deceased, Respondent. (Appeal No. 2.)—Order unanimously modified on the law and as modified affirmed without costs, in accordance with same memorandum as in *Matter of Birnbaum* ([appeal No. 1] 168 AD2d 933 [decided herewith]). (Appeal from order of Monroe County Surrogate's Court, Ciaccio, S.—court approval of offer.) Present—Callahan, J. P., Denman, Green, Balio and Davis, JJ.